**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Alvaro Y.C., | Case No. 26-cv-3366 (KMM/EMB) |
| Petitioner, | |
| v. | **ORDER** |
| Todd Blanche, et al., | |
| Respondents. | |

---

**IT IS HEREBY ORDERED THAT**:

1.      Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Alvaro Y.C. by no later than **July 28, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.      Respondents' answer shall include:

   a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

   c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **August 4, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: July 21, 2026                          *s/Katherine M. Menendez*
                                              Katherine M. Menendez
                                              United States District Judge

1