UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alvaro Yucailla Curicama,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | **ORDER**<br><br>No. 0:26-cv-03366-KMM-EMB |

This matter is before the Court on Petitioner and Federal Respondents' stipulation for transfer of venue. Upon all files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Petitioner and Federal Respondents' stipulation to transfer the Petition for Writ of Habeas Corpus is **GRANTED**.

2. This case is hereby transferred to the United States District Court for the Eastern District of Texas.

Dated: July 28, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge